**HOUSEHOLD FINANCE CORP. v. ELLIS**

[333 N.C. 785 (1993)]

HOUSEHOLD FINANCE CORPORATION v. WILLIAM C. ELLIS

No. 351PA92

(Filed 4 June 1993)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a decision of the Court of Appeals, 107 N.C. App. 262, 419 S.E.2d 592 (1992), reversing the order of Sharp, J., entered on 28 February 1991 in the District Court, Forsyth County. Heard in the Supreme Court 13 May 1993.

*Robert A. Lauver, P.A., by Robert A. Lauver, for plaintiff-appellant.*

*Legal Aid Society of Northwest North Carolina, Inc., by Joanna B. George and Ellen W. Gerber, for defendant-appellant.*

*Smith, Helms, Mulliss & Moore, by Benjamin F. Davis, Jr., and John J. Korzen, for North Carolina Bankers Association, North Carolina Financial Services Association, and North Carolina Retail Merchants Association, amici curiae.*

*North Carolina Legal Services Resource Center, by Robert M. Schofield, for North Carolina Clients Council, amicus curiae.*

*Gulley & Calhoun, by Michael D. Calhoun, for North Carolina Consumers Council, amicus curiae.*

PER CURIAM.

AFFIRMED.